**Dismissed and Memorandum Opinion filed October 15, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00595-CV

_____

**CHARLIE JONES, Appellant**

**V.**

**US BANK TRUST N.A., Appellee**

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1134285**

## MEMORANDUM OPINION

This is an appeal from a judgment signed July 24, 2019. The clerk's record was filed August 2, 2019. No reporter's record was taken. No brief was filed.

On September 12, 2019, this court issued an order stating that unless appellant filed a brief on or before September 27, 2019, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Christopher, Spain, and Poissant.